SULLIVAN, Respondent, *v.* METROPOLITAN LIFE INS. Co., Appellant.

*(Common Pleas of New York City and County, General Term.* May 4, 1891.)

On motion for reargument. For former report, see 12 N. Y. Supp. 923. Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Arnoux, Ritch & Woodford,* for appellant.    *M. W. Hart,* for respondent.

DALY, C. J. The first defense set up in this action, as appears from the record from the court below, is breach of warranty; and the general term reversed the judgment in plaintiff's favor, because the defense had been sustained by competent testimony. There was therefore no misapprehension on the part of the general term. Motion for reargument denied, with $10 costs.

BISCHOFF, J., *(concurring.)* The case of *Edington* v. *Insurance Co.,* 67 N. Y. 185, cited by counsel for respondent on this motion, has no application to the facts of this case. Motion for reargument denied, with costs.

---

STEINHARDT *et al.*, Respondents, *v.* KLABER, Appellant.

*(Common Pleas of New York City and County, General Term.* February 26, 1891.)

Appeal from eleventh district court.
Argued before BISCHOFF and PRYOR, JJ.
*I. Offenbach,* for appellant.    *A. Lamont,* for respondents.
No opinion. Judgment affirmed, with costs.

---

RADZIK, Respondent, *v.* KOSINSKY, Appellant.

*(Common Pleas of New York City and County, General Term.* February 27, 1891.)

Appeal from fifth district court.
Argued before BISCHOFF and PRYOR, JJ.
*A. P. Wagener,* for appellant.    *A. H. Berrick,* for respondent.
No opinion. Judgment affirmed, with costs.

---

SWARTZ, Respondent, *v.* KENNEDY, Appellant.

*(Common Pleas of New York City and County, General Term.* February 27, 1891.)

Argued before BISCHOFF and PRYOR, JJ.
*C. M. Stafford,* for appellant.    *H. Frank,* for respondent.
No opinion. Judgment reversed, with costs to appellant.

---

FLAMMER, Respondent, *v.* HOLZDERBER, Appellant.

*(Common Pleas of New York City and County, General Term.* February 27, 1891.)

Appeal from eighth district court.
Argued before BISCHOFF and PRYOR, JJ.
*J. Mulholland,* for appellant.    *Booraem & Hamilton,* for respondent.
No opinion. Judgment affirmed, with costs.

---

BUCKHEISTER, Respondent, *v.* DONNELLY, Appellant.

*(Common Pleas of New York City and County, General Term.* February 27, 1891.)

Appeal from fourth district court.
Argued before BISCHOFF and PRYOR, JJ.
*L. Steckler,* for appellant.    *I. Mullen,* for respondent.
No opinion. Judgment affirmed, with costs.